## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____3rd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Antonio Llibre              JOINT DEBTOR: Rita Ruesga       CASE NO.: 10-47098 BKC-AJC
Last Four Digits of SS# 8946        Last Four Digits of SS# 3762

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 111.11 for months 1 to 2
    B.    $316.98 for months 3 to 36; in order to pay the following creditors:

<u>Administrative:</u> Attorney's Fee - $ 3,500.00    TOTAL PAID $ 1,700.00
                      Balance Due   $ 1,800.00   payable $ 200.00/month (Months 3 to 11)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date   $_____
Address: _____  Arrears Payment   $_____/month (Months _____ to _____)
         _____  Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. _____  Total Due   $_____
                       Payable    $_____/month (Months____ to ____) Regular Payment $__

<u>Unsecured Creditors:</u> Pay    $ 100.00/month (Months 1 to 2).
                                  $85.29 (Months 3 to 11)
                                  $285.29 (Months 12 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ally Bank is current and being paid outside of the Plan. Debtors are assuming their lease.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ signature_____        _/s/ signature_____
Debtor                                       Joint Debtor
Date:_____                  Date:_____

LF-31 (rev. 12/01/09)